IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROMULUS NEDEA,**

      **Petitioner,**

   v.                                           **Case No. 2:05-CV-260**
                                                        **JUDGE SMITH**
**HOCKING CORRECTIONAL**            **Magistrate Judge KING**
**FACILITY,**

      **Respondent.**

**OPINION AND ORDER**

On March 29, 2005, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed.  On April 22, 2005, petitioner filed objections to the *Report and Recommendation*.  Petitioner objects to all of the conclusions of the Magistrate Judge.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* that are objected to.  For the reasons discussed in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This case is hereby **DISMISSED.**

      **IT IS SO ORDERED**.

                                                                      s/ George C. Smith
                                                                    GEORGE C. SMITH
                                                           United States District Judge